ACCEPTED
05-17-01033-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 7:45 AM
LISA MATZ
CLERK

# IN THE COURT OF APPEALS
## FIFTH DISTRICT AT DALLAS

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/04/2018 7:45:06 AM
LISA MATZ
Clerk

## CASE NO. 05-17-01033-CV

DEMETRIA JEFFERSON WYSINGER FOR AND AS POA FOR DEMONDRIA JEFFERSON, TYSLWAYLA MITCHELL, PRINCE LOUIS WYSINGER, MINOR CHILDREN,

**Appellants**

5th COURT OF APPEALS
DALLAS, TEXAS
06/04/2018 7:45:06 AM
LISA MATZ

**V.**

GEICO COUNTY MUTUAL INSURANCE, FARMERS INSURANCE, CLIFF PORCH, RON MONTGOMERY MOTORS, AND THE GODSEY MARTIN LAW FIRM,

**Appellees**

## MOTION TO DISMISS APPEAL
## AS TO RON MONTGOMERY MOTORS ONLY

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellants in the above-styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw Appellants' notice of appeal and dismiss this appeal, pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure as to Appellee, Ron Montgomery Motors, only.

Demetria Jefferson Wysinger for and as
POA for Appellants

**MOTION TO DISMISS APPEAL**
**AS TO RON MONTGOMERY MOTORS ONLY** - Page 1

_____

Demondria Jefferson, Appellant

**APPROVED:**

_____

David E. Rohlf, TBC#17205500
Law Offices of David E. Rohlf
P.O. Box 1137
Rockwall, Texas 75087
Tel: (972) 771-0054
Fax: (972) 772-9397
Attorney for Ron Montgomery Motors

## CERTIFICATE OF SERVICE

This is to certify that on _Jun 4, 2018_ a true and correct copy of

the above and foregoing document was served on all attorney's of record.

_____

**MOTION TO DISMISS APPEAL**
**AS TO RON MONTGOMERY MOTORS ONLY** - Page 2